UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVERSPRING CAPITAL PARTNERS, KFT.,

               Plaintiff,

- against -

LEVENTE POLYAK,

               Defendant.

20-cv-6773 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

JOHN G. KOELTL, District Judge:

As discussed at the pre-motion conference on November 11, 2020, the plaintiff will file its motion to dismiss the defendant's counterclaims (or for summary judgment) on December 4, 2020. The response is due on December 18, 2020. The reply is due on January 5, 2021. Chambers will mail a copy of this Order to the pro se defendant at the docket address.

SO ORDERED.

Dated:    New York, New York
           November 18, 2020

                                               John G. Koeltl
                                       United States District Judge